UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| VICTOR T. WILSON,<br><br>               Plaintiff,<br>  v.<br><br>SHAUN DONOVAN, Secretary of the U.S. Department of Housing and Urban Development, WILLIAM M. ELSBURY, KIMBERLY Y. NASH, and DOES 1 through 100,<br><br>               Defendants.<br>_____/ | No. C 10-05950 MEJ<br><br>**ORDER TO SHOW CAUSE** |

On May 18, 2011, the Court granted Defendant Shaun Donovan's Motion to Dismiss Plaintiff Victor Wilson's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). Dkt. No. 16. However, because the Court found that Plaintiff may cure the pleading deficiencies as outlined in the May 18 Order, the Court granted Plaintiff leave to file a First Amended Complaint within 14 days of the Order. Plaintiff has failed to file any amended complaint. Accordingly, the Court ORDERS Plaintiff Victor T. Wilson to show cause why this case should not be dismissed with prejudice for failure to prosecute. Plaintiff shall file a declaration by July 14, 2011, and the Court shall conduct a hearing on July 28, 2011 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

    **IT IS SO ORDERED.**

Dated: June 30, 2011

                                                    _____
                                                   Maria-Elena James
                                                   Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California