UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| VICTOR T. WILSON,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>SHAUN DONOVAN, Secretary of the U.S. Department of Housing and Urban Development, WILLIAM M. ELSBURY, KIMBERLY Y. NASH, and DOES 1 through 100,<br><br>　　　　　Defendants.<br>_____/ | No. C 10-05950 MEJ<br><br>**ORDER RE STATUS** |

On May 18, 2011, the Court granted Defendant Shaun Donovan's Motion to Dismiss Plaintiff Victor Wilson's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). Dkt. No. 16. However, because the Court found that Plaintiff may cure the pleading deficiencies as outlined in the May 18 Order, the Court granted Plaintiff leave to file a First Amended Complaint within 14 days of the Order. Plaintiff has failed to file any amended complaint. Accordingly, the Court ordered Plaintiff Victor T. Wilson to show cause why this case should not be dismissed with prejudice for failure to prosecute. Although Plaintiff failed to respond to the order to show cause, counsel for Defendants appeared at the hearing on July 28, 2011, and informed the Court that this matter had settled as part of another case. Accordingly, the Court hereby ORDERS the parties to file a stipulation for dismissal or joint status report by August 25, 2011. If Plaintiff does not contribute to the dismissal or status report filing, this case shall be dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: July 28, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge