1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  JOANN M. SWANSON (CABN 88143)
   Chief, Civil Division
3  VICTORIA R. CARRADERO (CABN 217885)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, 9th Floor
5      San Francisco, California 94102-3495
       Telephone:  (415) 436-7181
6      Facsimile:  (415) 436-6748
       Email:      victoria.carradero@us.doj.gov
7
   Attorneys for Defendant
8
                   UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN FRANCISCO DIVISION
11
   VICTOR T. WILSON,                )   No. C 10-05950 MEJ
12                                  )
                   Plaintiff,       )   STIPULATION AND [PROPOSED]
13                                  )   ORDER OF DISMISSAL
          v.                        )
14                                  )   Judge:     Maria-Elena James
   SHAUN DONOVAN, Secretary of the U.S. )  Courtroom: B, 15th Floor
15 Department of Housing and Urban  )
   Development, WILLIAM M. ELSBURY, )
16 KIMBERLY Y. NASH and DOES 1      )
   through 100,                     )
17                                  )
                   Defendants.      )
18 _____
19
20
21
22
23
24
25
26
27
28

1   Plaintiff Victor T. Wilson ("Plaintiff") and Defendant Shaun Donovan, Secretary of the
2   Department of Housing and Urban Development ("Defendant"), hereby stipulate to the dismissal
3   with prejudice of any and all claims in the above-captioned action, Case Number C 10-05950
4   MEJ. Each side will bear its own attorneys' fees and costs.

Dated: June ___, 2011                    PLAINTIFF

                                         _____
                                         Victor T. Wilson
                                         Plaintiff

Dated: June ___, 2011                    CURTIS V. RODRIGUEZ

                                         _____
                                         CURTIS V. RODRIGUEZ
                                         Attorneys for Plaintiff


                                         MELINDA HAAG
                                         United States Attorney

DATED: August 9, 2011                    _____
                                         VICTORIA R. CARRADERO
                                         Assistant United States Attorney
                                         Attorneys for Defendant

IT IS SO ORDERED. THIS CASE IS DISMISSED WITH PREJUDICE AND THE
COURT CLERK IS ORDERED TO CLOSE THE FILE.

DATED: August 10, 2011
                                         _____
                                         Hon. Maria-Elena James
                                         Chief Magistrate Judge

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
C 10-05950 MEJ                                    1